IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LEE CUNNINGHAM,                  )
                                 )
    Plaintiff,                   )
                                 )      CIVIL ACTION NO.
    v.                           )         2:22cv621-MHT
                                 )             (WO)
SOUTHERN POWER COMPANY           )
d/b/a ALABAMA POWER              )
COMPANY,                         )
                                 )
    Defendant.                   )
```

**OPINION**

Plaintiff filed this lawsuit asserting violations of the Federal Telephone Consumer Protection Act and unjust enrichment. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion to dismiss or for summary judgment be granted but that plaintiff should have an opportunity to name Alabama Power Company as a defendant prior to dismissal. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should

be overruled and the magistrate judge's recommendation adopted.

An appropriate order will be entered.

DONE, this the 30th day of August, 2023.

                            /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE