IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LEE CUNNINGHAM,                  )
                                 )
     Plaintiff,                  )
                                 )     CIVIL ACTION NO.
     v.                          )       2:22cv621-MHT
                                 )           (WO)
SOUTHERN POWER COMPANY           )
d/b/a ALABAMA POWER              )
COMPANY,                         )
                                 )
     Defendant.                  )
```

ORDER

In accordance with the memorandum opinion entered today, it is ORDERED as follows:

(1) Plaintiff's objections (Doc. 34) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 32) is adopted.

(3) Defendant's motion to dismiss or for summary judgment (Doc. 26) is granted.

(4) Plaintiff has until September 13, 2023, to name Alabama Power Company as a defendant in the place of Southern Power Company. If plaintiff fails to do so,

the court will enter a judgment dismissing this action.

DONE, this the 30th day of August, 2023.

                                        /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**