IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LEE CUNNINGHAM,            ) | |
|                               ) | |
|     Plaintiff,     ) | |
|                               ) | CIVIL ACTION NO. |
|    v.                  ) | 2:22cv621-MHT |
|                               ) | (WO) |
| SOUTHERN POWER COMPANY    ) | |
| d/b/a ALABAMA POWER        ) | |
| COMPANY,                   ) | |
|                               ) | |
|     Defendant.    ) | |

**JUDGMENT**

In accordance with the order (Doc. 37) entered on August 30, 2023, in which plaintiff was given until September 13, 2023, to name Alabama Power Company as a defendant in place of Southern Power Company or face dismissal, and because the deadline has now passed with no action from plaintiff, it is ORDERED that this case is dismissed in its entirety without prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 18th day of September, 2023.

                               /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**